# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOMINGUEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 5:15-CV-01850-JLS-SP<br><br>**JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: April 7, 2016

_____
THE HONORABLE SHERI PYM
United States Magistrate Judge

-1-